AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 20 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19-mj-541-FKB |
| MIGUEL RUIZ-CRUZ | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 19, 2019** in the county of **Rankin** in the **Southern** District of **Mississippi**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § §1326(a)(1) & (2) | Reentry by removed alien. |

This criminal complaint is based on these facts:

See Attached Affidavit of SA Todd Williams, HSI attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Todd Williams, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 03/20/2019

_____
Judge's signature

City and state: Jackson, Mississippi

Hon. F. Keith Ball, U.S. Magistrate Judge
Printed name and title